IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| METRO ENERGY GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> PINON ENERGY, L.L.C., <br> DAVID TAYLOR, Trustee for the benefit of GASROCK CAPITAL, LLC, GASROCK CAPITAL, LLC, and ANDY LENK, Trustee for the benefit of DK ACQUISITION PARTNERS, L.P., and VARDE INVESTMENT PARTNERS, L.P., <br><br> Defendants. <br><br> GASROCK CAPITAL, LLC, <br><br> Third-Party Plaintiff, <br><br> v. <br><br> PINON ENERGY, L.L.C. and WATTLE ENERGY CORPORATION, <br><br> Third-Party Defendants. | Case No. 09-CV-146-KEW |

**RESPONSE TO MOTION TO REMAND**

Defendants David Taylor, Trustee for the benefit of GasRock Capital, LLC, GasRock Capital LLC, Andy Lenk, Trustee for the benefit of DK Acquisition Partners, L.P. and Varde Investment Partners, L.P. ("Responding Defendants"), respond to Plaintiff's Motion to Remand as follows:

1. GasRock Capital, LLC, was served on March 16, 2009.

2. At the time the Removal Petition was filed on April 15, 2009, counsel for Responding Defendants was unaware that any of the Responding Defendants had be served prior to March 16, 2009.

3. Having reviewed the returns of service attached to the Motion to Remand, it appears that the removal was untimely and the case should be remanded.

WHEREFORE, Responding Defendants confess Plaintiffs Motion to Remand.

Respectfully submitted,

*/s/ John N. Hermes*
John N. Hermes, OBA #4133
Steven W. Bugg, OBA #1299
McAFEE & TAFT
A Professional Corporation
10th Floor, Two Leadership Square
211 North Robinson
Oklahoma City, Oklahoma  73102
Telephone:   405/235-9621
Facsimile:   405/235-0439
john.hermes@mcafeetaft.com
steven.bugg@mcafeetaft.com

**ATTORNEYS FOR DEFENDANTS DAVID TAYLOR, TRUSTEE FOR GASROCK CAPITAL LLC;; GASROCK CAPITAL, L.L.C.; ANDY LENK, TRUSTEE FOR DK ACQUISITION PARTNERS, L.P.; VARDE INVESTMENT PARTNERS, L.P.**

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of May, 2009, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to any ECF registrants for this case:

Eric W. Stall, OBA #13886
Randall T. Duncan, OBA #13593
Harris, McMahan, Peters, Thompson & Stall, P.C.
1800 S. Baltimore, Suite 900
Tulsa, OK 74119
Tel:   918.743.6201
Fax:   918.747.2965
Email: estall@hmptsfirm.com
Email: rduncan@hmptsfirm.com
*Attorneys for Plaintiff.*

Mitchell M. McCune, OBA#15392
The McCune Law Firm, P.C.
406 South Boulder, Suite 400
Tulsa, OK 74103
Tel:   918.583.1441
Fax:   918.583.9988
Email: mmccune@mccunelawfirm.com
*Attorney for Pinon Energy, LLC*

I also hereby certify that on this 15th day of May, 2009, I served the attached document by mailing same, postage prepaid, to the following, who are not registered participants of the ECF System:

Donald W. Henson, OBA #4118
P. O. Box 993
Okmulgee, OK 7447
Tel:   918.756.5023
Fax:   918.758.0805
Email: dhenson829@aol.com
*Attorney for Plaintiff*

Jeremy T. Pittman, OBA#18808
Attorney At Law
127 N. 4th
P. O. Box 632
Okemah, OK 74859
Tel:   918.623.0424
Fax:   918.623.9001
Email: jtpittman@sbcglobal.net
*Attorney for Pinon Energy, LLC.*

                                                       */s/John N. Hermes*
                                                       John N. Hermes